**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven Donewan CARR, a/k/a Steven
D. Carr, Defendant–Appellant.**

**No. 12–7320.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

Steven Donewan Carr, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).* We have re-

---

* Although the district court granted Carr's

§ 3582(c)(2) motion, it did not reduce Carr's

viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Carr*, No. 5:98–cr–00246–RLV–2 (W.D.N.C. July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

sentence to the full extent he requested.